9/7/2007

____________________________, 2007

Kevin Mandell
President
Mount Vernon PBA
Roosevelt Square
Mount Vernon, New York 10550

Re: Work Schedule

Dear Mr. Mandell:

The City shall continue the current work schedule on an experimental basis.

The attached work chart shall be applicable for members of the unit who work three (3) rotating shifts, provided however, that the City may require the equivalent of thirteen (13) additional shifts per year for each member of the unit affected by this chart. The additional shifts may be utilized for a minimum office (5) training sessions, increased manpower on an "as needed" basis ("plug in" shifts), or to lengthen the work shift by ten (10) minutes. Members of the unit who prior to the implementation of this experiment reported ten (10) minutes prior to the shift, and are now required to report twenty (20) minutes early, will have such additional time counted as five (5) extra shifts per year.

The City may utilize any consecutive eight (8) hour shift as a "plug in" shift. Whenever administratively feasible, the need for plug-in days known in advance shall be posted at least twenty one (21) days in advance. In all other circumstances, as much advance notice as possible shall be given. Members of the unit who are ordered to work overtime and held over for a shift for that purpose may opt to count such shift as a plug in shift.

Members of the unit who work a full plug in day on Thanksgiving, Christmas, Memorial Day or July 4th shall receive credit for two (2) plug in days.

9/7/2007

While the attached work schedule is in effect, the PBA waives all claims involving the ten (10) minutes they previously reported to work prior to the commencement of a shift. This shall not be construed as an admission by the City that the ten (10) minutes reporting time prior to the commencement of the shift violates the parties' collective bargaining agreement or any law, rule or regulation.

This chart is being implemented on an experimental basis and may be discontinued by the City upon ten (10) days' notice to the Union. If discontinued, the City may return to any previous work chart in effect during this experiment, plus the work chart in effect just prior to the first implementation of the attached chart. In the event this option is exercised by the City, nothing contained herein shall be construed as an admission by the City that the impact of such a decision is negotiable, and nothing contained herein shall be construed as an admission by the PBA that the impact of such decision is not negotiable.

It is the hope of the City that the attached chart will help improve attendance on all tours.

Nothing contained herein shall otherwise restrict the City's flexibility to deploy personnel in the best interests of its citizens.

Please indicate your acceptance of the above by signing in the appropriate space below.

Very truly yours,

CITY OF MOUNT VERNON

____________________________

Ernest Davis
Mayor

Attachment

cc: Commissioner Chong
Maureen Walker, Comptroller
Helen Blackwood, Esq.
Terence M. O'Neil, Esq.

ACCEPTED:

MOUNT VERNON PBA

By:____________________

Date: 9/__/07

## 2007 PATROL DIVISION SCHEDULE

Revised 8 ### 7

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | | | | | | | | 1 | 2 |
| FEB | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | | | | | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| MAR | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| APR | 27 | 28 | 29 | 30 | | | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| MAY | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | | | |
| JUNE | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | | | | | | | | | 1 | 2 | 3 |
| JULY | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| AUG | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| SEPT | 26 | 27 | 28 | 29 | 30 | | | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| OCT | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | | |
| NOV | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | | | | | | | | | 1 | 2 |
| DEC | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #1 | | 8 | 8 | 8 | 8 | | | 4 | 4 | 4 | 4 | | | | 12 | 12 | 12 | 12 | | | 8 | 8 | 8 | 8 | | | 4 | 4 | 4 | 4 | | | | 12 | 12 | 12 | 12 | |
| #2 | 12 | 12 | 12 | | | 8 | 8 | 8 | 8 | | | 4 | 4 | 4 | 4 | | | | 12 | 12 | 12 | 12 | | | 8 | 8 | 8 | 8 | | | 4 | 4 | 4 | 4 | | | | 12 |
| #3 | | | | 12 | 12 | 12 | 12 | | | 8 | 8 | 8 | 8 | | | 4 | 4 | 4 | 4 | | | | 12 | 12 | 12 | 12 | | | 8 | 8 | 8 | 8 | | | 4 | 4 | 4 | 4 |
| #4 | 4 | 4 | 4 | 4 | | | | 12 | 12 | 12 | 12 | | | 8 | 8 | 8 | 8 | | | 4 | 4 | 4 | 4 | | | | 12 | 12 | 12 | 12 | | | 8 | 8 | 8 | 8 | | |
| #5 | 8 | 8 | | | 4 | 4 | 4 | 4 | | | | 12 | 12 | 12 | 12 | | | 8 | 8 | 8 | 8 | | | 4 | 4 | 4 | 4 | | | | 12 | 12 | 12 | 12 | | | 8 | 8 |

**SQUAD # 1**

SGT.Marren
SGT Gonzalez

CS Colon

PO. Briley
PO. Budde
PO. Camacho
PO. Cooper
PO. Harris
PO. Jarosz,C
PO. Leli
PO. McKennie
PO. Ridley
PO. Vallario
PPO Plunkett

**SQUAD # 2**

LT. Cooke
Sgt Curzio
Sgt Nawrocki
Sgt Scott

CS Carter
CS Horsley

PO. Bates
PO. Burke
PO. Day
PO. Delitta
PO. Dempsey
PO. Dumser,D
PO. Green,L
PO. Grisanti
PO. Jackson
PO. Smiley
PPO Cheron

**SQUAD # 3**

LT. Hunce
Sgt Marcucilli
Sgt Ziadie

CS Smiley

PO. Dellaripa
PO. Dilegge
PO. Feliciano
PO Green,A
PO. Kelley
PO. Ortiz
PO. Rosenberg
PO Sexton
PO Williams
PPO Stancarone

**SQUAD # 4**

LT. Lifrieri
Sgt Podszus
Sgt. Godshall

CS Hare

PO. Alarcon
PO. Anderson
PO. Bunch
PO Dellamura
PO. Gutierrez
PO. Morris
PO Pileggi
Det. Puccini
PO Ramos-Tapia
PO. Robertson
PO. Todaro
PO. Wuttke
PPO Osterling

**SQUAD # 5**

Sgt. Gallagher
Sgt. Goldman
Sgt. Manganiello

ESD Danuff
CS Doughty

PO. Bendo
PO. Byrd
PO. Francis
PO. Johnson, M
PO. Kelly
PO. Rella
PO. Sikoryak
PO Jones
PO I Rucci
PPO Cooper
PPO Monge

**INJURED OFFICERS OR LEAVE OF ABSENCE**

**SUSPENDED**

TAD

REVISED 08/07

10/3/06

**ACKNOWLEDGEMENT**

State of New York)
County of Westchester)
City of Mount Vernon) ss:

On the _____ day of ________________, in the year 2006, before me, the undersigned, personally appeared, ____________________________________known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, he/she is the individual or the person upon whose behalf of which the individual acted and acknowledged that he/she executed the instrument.

_________________________________

10/3/06

**CERTIFICATE OF AUTHORITY**
**(Municipality)**

I, LISA A. COPELAND certify that I am the CITY CLERK of the CITY OF MOUNT VERNON (the "Municipality"), a corporation duly organized in good standing under the GENERAL MUNICIPAL LAW, named in the foregoing agreement; that ERNEST D. DAVIS who signed said agreement on behalf of the Municipality was, at the time of execution, MAYOR of the Municipality; that said agreement was duly signed on behalf of said Municipality by authority of its CITY COUNCIL thereunto duly authorized; and that such authority is in full force and effect at the date thereof.

______________________________

STATE OF NEW YORK )
)ss.:
COUNTY OF WESTCHESTER )

On this _____ day of __________________, 2006, before me personally came LISA A. COPELAND whose signature appears above, to me known, and known to be the CITY CLERK of the CITY OF MOUNT VERNON, the municipal corporation described herein and who executed the above certificate, who being by me duly sworn did depose and say that she, the said CITY CLERK resides at MOUNT VERNON, NEW YORK 10550 and that she is the CITY CLERK of said municipal corporation.

______________________________

# EXHIBIT D

2144 JOSE QUINOY

| EARNINGS | | |
|---|---|---|
| 37.7644 | 80.00 | 3,021.15 |
| 56.6466 | 8.00 | 453.17 |

| DEDUCTIONS | |
|---|---|
| FICA | 145.92 |
| MEDICARE | 50.38 |
| FEDERAL TAX | 336.12 |
| STATE TAXES | 189.85 |
| PBA DUES | 30.21 |

10/21/11 FT BI-WKLY 0090622

| YTD | |
|---|---|
| EARNINGS | 24,924.49 |
| FIT GROSS | 24,924.49 |
| FICA | 1,046.84 |
| MEDICARE | 361.43 |
| FEDERAL TAX | 2,607.30 |
| STATE TAXES | 1,336.72 |
| RETIRE CONT | 0.00 |
| PBA DUES | 120.84 |

CITY OF MOUNT VERNON NEW YORK 10550
COUNTY OF WESTCHESTER

| | |
|---|---|
| TOTAL PAY | 3,474.32 |
| DEDUCTIONS | 752.48 |
| NET PAY | 2,721.84 |
| TAXABLE GROSS | 3,474.32 |

LPAY4GL 6/10/04

# EXHIBIT E

# THE QUINN LAW FIRM
ATTORNEYS AT LAW

CROSSWEST OFFICE CENTER
399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603

(914) 997-0555
FAX (914) 997-0550

ANDREW C. QUINN
ROSA LUNA-MOLÉ*
ANTHONY J. DIFIORE°
JOHN D'ALESSANDRO

JEANNINE GUERCI
OFFICE MANAGER

*MEMBER NY & NJ BAR
°MEMBER NY & CT BAR


April 17, 2012

Jose Quinoy
48 Meadow Road
Montrose, New York 10548

Dear Jose:

The Quinn Law Firm has prepared a final bill for legal services rendered on your behalf in the matter of U.S. v. Quinoy. As you are aware several of the firm's attorney's worked night and day for months on your behalf. The total final bill comes to $642,621.14. Enclosed please find a detailed account of billed hours and expenses.

As always, should you have any questions, please do not hesitate to call.

Very truly yours,

Andrew C. Quinn, Esq.

ACQ:jg
Enclosure

# THE QUINN LAW FIRM

ATTORNEYS AT LAW

CROSSWEST OFFICE CENTER
399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603

(914) 997-0555
FAX (914) 997-0550

ANDREW C. QUINN
ROSA LUNA-MOLÉ*
ANTHONY J. DIFIORE°
JOHN D'ALESSANDRO

JEANNINE GUERCI
OFFICE MANAGER

*MEMBER NY & NJ BAR
°MEMBER NY & CT BAR


## BILL FOR PROFESSIONAL SERVICES RENDERED

Andrew C. Quinn Esq. $400.00 per hour

| A. | DATE | WORK PERFORMED | HOURS |
|---|---|---|---|
| 1. | 4.28.09 | Quinoy arrested in Sleepy Hollow | 4 |
| 2. | 4.29.09 | Quinoy arraigned in U.S.D.C. | 4 |
| 3. | 7.29.09 | Appearance before Judge Karas<br>Re: Arraignment | 3 |
| 4. | 9.14.09 | Pre-Trial Motions Research and Preparation | 8 |
| 5. | 12.04.09 | Oral Arguments with Judge Karas | 3 |
| 6. | 1.29.10 | Motion Response / Reserved | 1 |
| 7. | 3.03.10 | Oral Arguments before Judge Karas<br>Re: Motion | 3 |
| 8. | 3.16.10 | Conference call with Mike Levine | 1 |
| 9. | 3.26.10 | 404b Argument before Judge Karas | 3 |
| 10. | 4.13.10 | Pre-Trial Conference with Judge Karas | 3 |
| 11. | 4.29.10 | Pre-Trial Conference with Judge Karas | 3 |
| 12. | 5.6.10 | Pre-Trial Conference with Judge Karas | 3 |

| | | | |
|---|---|---|---|
| 13. | 5.7.10 | File Review/ Hearing Prep/ Review Discovery | 6 |
| 14. | 5.8.10 | File Review/ Hearing Prep/ Review Discovery | 12 |
| 15. | 5.9.10 | File Review/ Hearing Prep/ Review Discovery | 12 |
| 16. | 5.10.10 | File Review/ Hearing Prep/ Review Discovery | 7 |
| 17. | 5.11.10 | File Review/ Hearing Prep/ Review Discovery | 5 |
| 18. | 5.12.10 | File Review/ Hearing Prep/ Review Discovery | 5 |
| 19. | 5.13.10 | File Review/ Hearing Prep/ Review Discovery | 3 |
| 20. | 5.14.10 | File Review/ Hearing Prep/ Review Discovery | 6 |
| 21. | 5.15.10 | File Review/ Hearing Prep/ Review Discovery | 12 |
| 22. | 5.16.10 | File Review/ Hearing Prep/ Review Discovery | 12 |
| 23. | 5.17.10 | Hearing before Judge Karas Re: Suppression of 1D4 | 12 |
| 24. | 5.18.10 | Hearing before Judge Karas Re: Suppression of 1D4 | 12 |
| 25. | 5.19.10 | Hearing before Judge Karas Re: Suppression of 1D4 | 12 |
| 26. | 5.20.10 | Hearing before Judge Karas Re: Suppression of 1D4 | 12 |
| 27. | 5.21.10 | Motions / Trial Prep/ Review Discovery | 7 |
| 28. | 5.22.10 | Motions / Trial Prep /Review Discovery | 14 |
| 29. | 5.24.10 | Motions / Trial Prep/ Review Discovery | 5 |
| 30. | 5.25.10 | Motions / Trial Prep/ Review Discovery | 8 |
| 31. | 5.26.10 | Motions / Trial Prep/ Review Discovery | 5 |
| 32. | 5.27.10 | Motions / Trial Prep/ Review Discovery | 4 |
| 33. | 5.28.10 | Motions / Trial Prep/ Review Discovery | 9 |

| | | | |
|---|---|---|---|
| 34. | 6.4.10 | Review Government's Opposition Papers | 8 |
| 35. | 6.5.10 | Trial Prep/ Review and Analyze Discovery | 7 |
| 36. | 6.6.10 | Trial Prep/ Review and Analyze Discovery | 9 |
| 37. | 6.10.10 | Oral Argument before Judge Karas<br>Re: Suppression of 1D4 | 8 |
| 38. | 6.11.10 | Oral Argument before Judge Karas<br>Re: Suppression of 1D4 | 7 |
| 39. | 6.12.10 | Trial Prep/ Review and Analyze Discovery | 12 |
| 40. | 6.14.10 | Trial Prep/ Review and Analyze Discovery | 8 |
| 41. | 6.15.10 | Trial Prep/ Review and Analyze Discovery | 8 |
| 42. | 6.16.10 | Jury Selection | 16 |
| 43. | 6.17.10 | Jury Selection | 16 |
| 44. | 6.18.10 | Conference with Judge Karas | 3 |
| 45. | 6.22.10 | Trial before Judge Karas | 16 |
| 46. | 6.23.10 | Trial before Judge Karas | 16 |
| 47. | 6.24.10 | Trial before Judge Karas | 16 |
| 48. | 6.25.10 | Trial Prep/File Review/Discovery Review | 12 |
| 49. | 6.26.10 | Trial Prep/File Review/Discovery Review | 12 |
| 50. | 6.28.10 | Trial before Judge Karas | 16 |
| 51. | 6.29.10 | Trial before Judge Karas | 16 |
| 52. | 6.30.10 | Trial before Judge Karas | 16 |
| 53. | 7.01.10 | Trial before Judge Karas | 16 |
| 54. | 7.2.10 | Trial Prep/File Review/Discovery Review | 12 |
| 55. | 6.26.10 | Trial Prep/File Review/Discovery Review | 12 |

| | | | |
|---|---|---|---|
| 56. | 7.3.10 | Trial Prep/File Review/Discovery Review | 12 |
| 57. | 7.5.10 | Trial Prep/File Review/Discovery Review | 12 |
| 58. | 7.06.10 | Trial before Judge Karas | 16 |
| 59. | 7.07.10 | Trial before Judge Karas | 16 |
| 60. | 7.08.10 | Trial before Judge Karas | 16 |
| 61. | 7.09.10 | Trial before Judge Karas | 16 |
| 62. | 7.10.10 | Trial Prep/File Review/Discovery Review | 12 |
| 63. | 7.11.10 | Trial Prep/File Review/Discovery Review | 12 |
| 64. | 7.12.10 | Trial before Judge Karras | 16 |
| 65. | 7.13.10 | Trial before Judge Karras | 16 |
| 66. | 7.14.10 | Trial before Judge Karras | 16 |
| 67. | 7.15.10 | Trial before Judge Karras | 16 |
| 68. | 7.16.10 | Trial before Judge Karras | 16 |
| 69. | 7.17.10 | Trial Prep/File Review/Discovery Review | 12 |
| 70. | 7.18.10 | Trial Prep/File Review/Discovery Review | 12 |
| 71. | 7.19.10 | Trial before Judge Karras | 16 |
| 72. | 7.20.10 | Trial before Judge Karras | 16 |
| 73. | 7.21.10 | Trial before Judge Karras | 16 |
| 74. | 7.22.10 | Verdict in Trial before Judge Karras | 8 |
| 75. | 8.27.10 | Conference with Judge Karras<br>Remaining count Dismissed | 3 |

**Total** **Hours 765**

**$400/Hour =** **$306,000.00**

THE QUINN LAW FIRM
ATTORNEYS AT LAW

CROSSWEST OFFICE CENTER
399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603

(914) 997-0555
FAX (914) 997-0550

ANDREW C. QUINN
ROSA LUNA-MOLÉ*
ANTHONY J. DIFIORE°
JOHN D'ALESSANDRO

JEANNINE GUERCI
OFFICE MANAGER

*MEMBER NY & NJ BAR
°MEMBER NY & CT BAR

# BILL FOR PROFESSIONAL SERVICES RENDERED

John D'Alessandro Esq. $350.00 per hour

| A. | DATE | WORK PERFORMED | HOURS |
|---|---|---|---|
| 1. | 4.28.09 | Quinoy arrested in Sleepy Hollow | 4 |
| 2. | 4.29.09 | Quinoy arraigned in U.S.D.C. | 4 |
| 3. | 7.29.09 | Appearance before Judge Karas Re: Arraignment | 3 |
| 4. | 9.14.09 | Pre-Trial Motions Research and Preparation | 8 |
| 5. | 12.04.09 | Oral Arguments with Judge Karas | 3 |
| 6. | 1.29.10 | Motion Response / Reserved | 1 |
| 7. | 3.03.10 | Oral Arguments before Judge Karas Re: Motion | 3 |
| 8. | 3.16.10 | Conference call with Mike Levine | 1 |
| 9. | 3.26.10 | 404b Argument before Judge Karas | 3 |
| 10. | 4.13.10 | Pre-Trial Conference with Judge Karas | 3 |
| 11. | 4.29.10 | Pre-Trial Conference with Judge Karas | 3 |
| 12. | 5.6.10 | Pre-Trial Conference with Judge Karas | 3 |
| 13. | 5.7.10 | File Review/ Hearing Prep/ Review Discovery | 6 |

| | | | |
|---|---|---|---|
| 14. | 5.8.10 | File Review/ Hearing Prep/ Review Discovery | 12 |
| 15. | 5.9.10 | File Review/ Hearing Prep/ Review Discovery | 12 |
| 16. | 5.10.10 | File Review/ Hearing Prep/ Review Discovery | 7 |
| 17. | 5.11.10 | File Review/ Hearing Prep/ Review Discovery | 5 |
| 18. | 5.12.10 | File Review/ Hearing Prep/ Review Discovery | 5 |
| 19. | 5.13.10 | File Review/ Hearing Prep/ Review Discovery | 3 |
| 20. | 5.14.10 | File Review/ Hearing Prep/ Review Discovery | 6 |
| 21. | 5.15.10 | File Review/ Hearing Prep/ Review Discovery | 12 |
| 22. | 5.16.10 | File Review/ Hearing Prep/ Review Discovery | 12 |
| 23. | 5.17.10 | Hearing before Judge Karas<br>Re: Suppression of 1D4 | 12 |
| 24. | 5.18.10 | Hearing before Judge Karas<br>Re: Suppression of 1D4 | 12 |
| 25. | 5.19.10 | Hearing before Judge Karas<br>Re: Suppression of 1D4 | 12 |
| 26. | 5.20.10 | Hearing before Judge Karas<br>Re: Suppression of 1D4 | 12 |
| 27. | 5.21.10 | Motions / Trial Prep/ Review Discovery | 7 |
| 28. | 5.22.10 | Motions / Trial Prep /Review Discovery | 14 |
| 29. | 5.24.10 | Motions / Trial Prep/ Review Discovery | 5 |
| 30. | 5.25.10 | Motions / Trial Prep/ Review Discovery | 8 |
| 31. | 5.26.10 | Motions / Trial Prep/ Review Discovery | 5 |
| 32. | 5.27.10 | Motions / Trial Prep/ Review Discovery | 4 |
| 33. | 5.28.10 | Motions / Trial Prep/ Review Discovery | 9 |
| 34. | 6.4.10 | Review Government's Opposition Papers | 8 |

| | | | |
|---|---|---|---|
| 35. | 6.5.10 | Trial Prep/ Review and Analyze Discovery | 7 |
| 36. | 6.6.10 | Trial Prep/ Review and Analyze Discovery | 9 |
| 37. | 6.10.10 | Oral Argument before Judge Karas<br>Re: Suppression of 1D4 | 8 |
| 38. | 6.11.10 | Oral Argument before Judge Karas<br>Re: Suppression of 1D4 | 7 |
| 39. | 6.12.10 | Trial Prep/ Review and Analyze Discovery | 12 |
| 40. | 6.14.10 | Trial Prep/ Review and Analyze Discovery | 8 |
| 41. | 6.15.10 | Trial Prep/ Review and Analyze Discovery | 8 |
| 42. | 6.16.10 | Jury Selection | 16 |
| 43. | 6.17.10 | Jury Selection | 16 |
| 44. | 6.18.10 | Conference with Judge Karas | 3 |
| 45. | 6.22.10 | Trial before Judge Karas | 16 |
| 46. | 6.23.10 | Trial before Judge Karas | 16 |
| 47. | 6.24.10 | Trial before Judge Karas | 16 |
| 48. | 6.25.10 | Trial Prep/File Review/Discovery Review | 12 |
| 49. | 6.26.10 | Trial Prep/File Review/Discovery Review | 12 |
| 50. | 6.28.10 | Trial before Judge Karas | 16 |
| 51. | 6.29.10 | Trial before Judge Karas | 16 |
| 52. | 6.30.10 | Trial before Judge Karas | 16 |
| 53. | 7.01.10 | Trial before Judge Karas | 16 |
| 54. | 7.2.10 | Trial Prep/File Review/Discovery Review | 12 |
| 55. | 6.26.10 | Trial Prep/File Review/Discovery Review | 12 |
| 56. | 7.3.10 | Trial Prep/File Review/Discovery Review | 12 |

| | | | |
|---|---|---|---|
| 57. | 7.5.10 | Trial Prep/File Review/Discovery Review | 12 |
| 58. | 7.06.10 | Trial before Judge Karas | 16 |
| 59. | 7.07.10 | Trial before Judge Karas | 16 |
| 60. | 7.08.10 | Trial before Judge Karas | 16 |
| 61. | 7.09.10 | Trial before Judge Karas | 16 |
| 62. | 7.10.10 | Trial Prep/File Review/Discovery Review | 12 |
| 63. | 7.11.10 | Trial Prep/File Review/Discovery Review | 12 |
| 64. | 7.12.10 | Trial before Judge Karras | 16 |
| 65. | 7.13.10 | Trial before Judge Karras | 16 |
| 66. | 7.14.10 | Trial before Judge Karras | 16 |
| 67. | 7.15.10 | Trial before Judge Karras | 16 |
| 68. | 7.16.10 | Trial before Judge Karras | 16 |
| 69. | 7.17.10 | Trial Prep/File Review/Discovery Review | 12 |
| 70. | 7.18.10 | Trial Prep/File Review/Discovery Review | 12 |
| 71. | 7.19.10 | Trial before Judge Karras | 16 |
| 72. | 7.20.10 | Trial before Judge Karras | 16 |
| 73. | 7.21.10 | Trial before Judge Karras | 16 |
| 74. | 7.22.10 | Verdict in Trial before Judge Karras | 8 |
| 75. | 8.10.10 | Conference Judge Karas<br>Re: Dismissal of Remaining Count | 3 |
| 76. | 8.27.10 | Conference with Judge Karras<br>Remaining count Dismissed | 3 |
| | | | ========= |
| | | **Total**<br>**$350/Hour =** | **Hours 768**<br>**$ 268,800.00** |

THE QUINN LAW FIRM
ATTORNEYS AT LAW

CROSSWEST OFFICE CENTER
399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603

(914) 997-0555
FAX (914) 997-0550

ANDREW C. QUINN
ROSA LUNA-MOLÉ*
ANTHONY J. DIFIORE°
JOHN D'ALESSANDRO

JEANNINE GUERCI
OFFICE MANAGER

*MEMBER NY & NJ BAR
°MEMBER NY & CT BAR

# BILL FOR PROFESSIONAL SERVICES RENDERED

Anthony J. DiFiore Esq. $350.00 per hour

| A. | DATE | WORK PERFORMED | HOURS |
|---|---|---|---|
| 1. | 5.6.10 | File Review Re:Pre-Trial Conference with Judge Karas | 3 |
| 2. | 5.7.10 | File Review/ Hearing Prep/ Review Discovery | 6 |
| 3. | 5.8.10 | File Review/ Hearing Prep/ Review Discovery | 8 |
| 4. | 5.9.10 | File Review/ Hearing Prep/ Review Discovery | 8 |
| 5. | 5.10.10 | File Review/ Hearing Prep/ Review Discovery | 7 |
| 6. | 5.11.10 | File Review/ Hearing Prep/ Review Discovery | 5 |
| 7. | 5.12.10 | File Review/ Hearing Prep/ Review Discovery | 5 |
| 8. | 5.13.10 | File Review/ Hearing Prep/ Review Discovery | 3 |
| 9. | 5.14.10 | File Review/ Hearing Prep/ Review Discovery | 6 |
| 10. | 5.15.10 | File Review/ Hearing Prep/ Review Discovery | 12 |
| 11. | 5.16.10 | File Review/ Hearing Prep/ Review Discovery | 12 |
| 12. | 5.17.10 | File Review/ Hearing before Judge Karas Re: Suppression of 1D4 | 8 |

| | | | |
|---|---|---|---|
| 13. | 5.18.10 | File Review/ Hearing before Judge Karas<br>Re: Suppression of 1D4 | 8 |
| 14. | 5.19.10 | File Review/ Hearing before Judge Karas<br>Re: Suppression of 1D4 | 8 |
| 15. | 5.20.10 | File Review/ Hearing before Judge Karas<br>Re: Suppression of 1D4 | 8 |
| 16. | 5.21.10 | Motions / Trial Prep/ Review Discovery | 7 |
| 17. | 5.22.10 | Motions / Trial Prep /Review Discovery | 9 |
| 18. | 5.24.10 | Motions / Trial Prep/ Review Discovery | 5 |
| 19. | 5.25.10 | Motions / Trial Prep/ Review Discovery | 8 |
| 20. | 5.26.10 | Motions / Trial Prep/ Review Discovery | 5 |
| 21. | 5.27.10 | Motions / Trial Prep/ Review Discovery | 4 |
| 22. | 5.28.10 | Motions / Trial Prep/ Review Discovery | 9 |
| 23. | 6.4.10 | Review Government's Opposition Papers | 8 |
| 24. | 6.5.10 | Trial Prep/ Review and Analyze Discovery | 7 |
| 25. | 6.6.10 | Trial Prep/ Review and Analyze Discovery | 9 |
| 26. | 8.10.10 | Conference Judge Karas<br>Re: Dismissal of Remaining Count | 3 |
| 27. | 8.27.10 | Conference with Judge Karras<br>Remaining count Dismissed | 3 |

**Total** **Hours 184**
**$350/Hour =** **$ 64,400**

# BILL FOR PROFESSIONAL SERVICES RENDERED

## QUINOY EXPENSES

| | | |
|---|---|---|
| 4.6.10 | Baker Computer Investigative Services | $700.00 |
| 6.4.10 | Baker Computer Investigative Services | $1800.00 |
| 7.6.10 | Trial Transcripts | $96.72 |
| 11.2.10 | Trial Transcripts | $824.42 |
| | Total | 3,421.14 |

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) SS.:
COUNTY OF NEW YORK )

Kristen DePaul, being duly sworn, deposes and says:

I am not a party to this action. I am over 18 years of age. I have a business address at 120 Broadway, New York, New York, 10271.

On the 10th day of May, 2012, I served the within **DEPARTMENT OF JUSTICE STANDARD FORM 95 with CLAIMANT JOSE QUINOY'S SUPPLEMENTAL ATTACHMENT TO DEPARTMENT OF JUSTICE STANDARD FORM 95 and EXHIBITS A through E** upon the following attorney(s) for the parties in this action, at the address designated by said attorney(s) for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Anne Gulyassy
Deputy General Counsel – Litigation Department
Office of the General Counsel
Federal Bureau of Investigation
935 Pennsylvania Avenue NW
Room PA 400N
Washington, D.C. 20535-0001

Kristen DePaul
Kristen DePaul

Sworn to before me this
10th day of May, 2012

Linda E Gaudiosi
Notary Public

LINDA E. GAUDIOSI
Notary Public, State of New York
No. 31-6472180
Qualified in New York County
Commission Expires May 31, 2014