# CERTIFICATE OF SERVICE

I, Frank V. Floriani, an attorney duly admitted to practice law in the State of New York, certify under penalty of perjury that on April 4, 2014, I caused a true and correct copy of Plaintiffs Jose Quinoy and Marina Quinoy's Memorandum of Law in Opposition to Defendant Catherine Pena's Motion to Dismiss Plaintiffs' Amended Complaint to be served upon the following persons by ECF and previously by electronic mail and First Class mail:

Lawrence Byrne
Pepper Hamilton LLP
The New York Times Building
37th Floor
620 Eighth Avenue
New York, New York 10018-1405
*Counsel for Defendant Catherine Pena*

Tomoko Onozawa, Esq.
U.S. Attorney's Office, Southern District of New York
86 Chambers Street, Third Floor
New York, New York 10007
*Counsel for Defendant United States of America*

Dated: New York, New York
April 4, 2014

/s/ Frank V. Floriani ______
FRANK V. FLORIANI