PREET BHARARA
United States Attorney for the
Southern District of New York
By: TOMOKO ONOZAWA
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2721
Facsimile: (212) 637-2686
Email: tomoko.onozawa@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOSE QUINOY and MARINA QUINOY,<br><br>Plaintiffs,<br><br>v.<br><br>CATHERINE PENA and THE UNITED STATES OF AMERICA,<br><br>Defendants. | : | 13 Civ. 1945 (NSR) |

**DECLARATION OF TOMOKO ONOZAWA**

I, Tomoko Onozawa, pursuant to the provisions of 28 U.S.C. § 1746, hereby declare as follows:

1. I am an Assistant United States Attorney in the office of Preet Bharara, United States Attorney for the Southern District of New York, attorney for defendant United States of America (the "Government").

2. I submit this declaration in support of the Government's Motion to Dismiss the Amended Complaint filed by plaintiffs Jose Quinoy and Marina Quinoy ("Plaintiffs"), upon information and belief based upon case files and other documents related to this case.

3. Attached hereto as **Exhibit A** is a true and correct copy of the docket sheet for *United States v. Quinoy*, 09 Cr. 424 (KMK), which was retrieved from PACER on January 30, 2014.

4. Attached hereto as **Exhibit B** is a true and correct copy of a criminal indictment which was filed under seal on April 27, 2009, and unsealed on April 29, 2009, in *United States v. Quinoy*, 09 Cr. 424 (KMK).

5. Attached hereto as **Exhibit C** is a true and correct copy of a Warrant for Arrest for Jose Quinoy, which was signed by United States Magistrate Judge Lisa Margaret Smith on April 27, 2007.

6. Attached hereto as **Exhibit D** is a true and correct copy of a superseding criminal indictment which was filed on March 25, 2010, in *United States v. Quinoy*, 09 Cr. 424 (KMK).

7. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from a transcript of a May 17, 2010 hearing before United States District Judge Kenneth M. Karas in *United States v. Quinoy*, 09 Cr. 424 (KMK).

8. Attached hereto as **Exhibit F** is a true and correct copy of Defendant Jose Quinoy's Motion to Dismiss the Indictment Pursuant to Federal Rule of Criminal Procedure 12(b)(2), which was filed on May 28, 2010 in *United States v. Quinoy*, 09 Cr. 424 (KMK).

9. Attached hereto as **Exhibit G** is a true and correct copy of a transcript of a June 15, 2010 hearing before United States District Judge Kenneth M. Karas in *United States v. Quinoy*, 09 Cr. 424 (KMK).

10. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the July 19, 2010 trial transcript in *United States v. Quinoy*, 09 Cr. 424 (KMK).

11. Attached hereto as **Exhibit I** is a true and correct copy of Plaintiffs' SF-95 administrative claim form to the Federal Bureau of Investigation.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: New York, New York
January 31, 2014

*/s/ Tomoko Onozawa*
TOMOKO ONOZAWA